## JOHNSON *v.* BATTLE, administrator.

LAMAR, J.   1. Except in the case of fast writs, this court has no jurisdiction to consider a writ of error until after a final judgment in the court below, or one which would have been final had it been rendered as claimed by the plaintiff in error. *McGowan* v. *Lufburrow,* 81 *Ga.* 358.

2. Unless there has been a final termination of the case in the court below, a writ of error will not lie to an order striking a plea, even though the effect of such order may be to entitle the plaintiff to a judgment or verdict as matter of course. *Writ of error dismissed. All the Justices concur.*

Submitted June 23,—Decided July 13, 1904.

The exceptions were to the overruling of a motion by the defendant to dismiss the declaration in attachment, and to the striking of his plea. The bill of exceptions alleges that "the striking of defendant's plea and answer was a final disposition of said cause of action." It does not appear that any further judgment was rendered.

*J. A. Wilkes,* for plaintiff in error.
*T. H. Parker* and *Mayson, Hill & McGill,* contra.